

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00100-CV

IN RE MICHAEL PIPKEN, RELATOR

ORIGINAL PROCEEDING

April 15, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Relator Michael Pipken, a Texas prison inmate appearing pro se, filed a petition for writ of mandamus with the clerk of this court. Pipken did not, however, accompany his petition with the required filing fee or proof of indigence and the materials required by Chapter 14 of the Texas Civil Practice and Remedies Code.

By letter of March 21, 2019, we directed Pipken to pay the filing fee or file an affidavit of indigence, and if indigent, to comply with Chapter 14 by filing an affidavit describing his previous filings and a certified copy of his inmate trust account statement. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.002(a); 14.004 (West 2017). The letter further notified Pipken that the proceeding would be subject to dismissal without further

notice should he fail to comply by April 1.  TEX. R. APP. P. 42.3(c).  To date, Pipken has neither paid the filing fee nor submitted the materials necessary to proceed under Chapter 14.

Accordingly, Pipken's petition for writ of mandamus is dismissed for failure to comply with a requirement of the appellate rules and an order of this court.  TEX. R. APP. P. 42.3(c).

Per Curiam